# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY LEE EAKINS, E41673, <br><br> Plaintiff, <br><br> v. <br><br> RALPH DIAZ, et al., <br><br> Defendant(s). | Case No. 19-cv-05470-CRB (PR) <br><br> **ORDER OF TRANSFER** |

Plaintiff, a prisoner at California State Prison, Solano (SOL), has filed a pro se complaint under 42 U.S.C. § 1983 challenging the application of California's parole eligibility laws and regulations to him. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the counties of Solano and Sacramento, which both lie within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: October 2, 2019

_____
CHARLES R. BREYER
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BILLY LEE EAKINS,

    Plaintiff,

v.

RALPH DIAZ, et al.,

    Defendants.

Case No. 3:19-cv-05470-CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Billy Lee Eakins ID: E41673
CSP-SOL
P. O. Box 4000
Vacaville, CA 95696-4000

Dated: October 2, 2019

    Susan Y. Soong
    Clerk, United States District Court

    By: /s/ L. Scott
    Lashanda Scott, Deputy Clerk to the
    Honorable CHARLES R. BREYER